UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 1:18-CR-103-HAB |
| ) | |
| AMARIEA ROGERS ) | |

**OPINION AND ORDER**

This matter comes before the Court on Defendant's objection to the Final Presentence Investigation Report. (ECF No. 77). Defendant objects to the application of a four-level enhancement under U.S.S.G. § 2K2.1(b)(1)(B) for offense conduct involving eight to twenty-four firearms. In summary, Defendant objects to the ability of ATF Special Agent Sean Skender to discern real firearms from fake firearms in photographs and videos. The objection is fully briefed (*see* ECF Nos. 82, 83) and is ripe for ruling.

Regardless of the merits of Defendant's objections to SA Skender's expert testimony, Defendant's own statements are enough to apply the enhancement. Defendant gave two, extended interviews to SA Skender. As the Government notes, these statements are inconsistent with his current argument that the firearms were replicas or otherwise not real. Defendant identifies the individuals from whom he bought the firearms, and they are not employees at toy, hobby, or paintball stores. He talks about purchasing ammunition for the firearms. He discusses whether the firearms had been fired. He says that he field-stripped the guns to determine whether they had been fired. Perhaps most importantly, he never denies that the firearms are real or says that they are replicas. All of Defendant's statements indicate that the firearms are real; there is no evidence whatsoever to the contrary.

As Defendant recognizes, the Government need only prove the applicability of the enhancement by a preponderance of the evidence. *United States v. Sandidge*, 784 F.3d 1055, 1062 (7th Cir. 2015). The Court finds that Defendant's statements, in and of themselves, make it more likely than not that the firearms in the various pictures and videos are real. Defendant's objection to the application of U.S.S.G. § 2K2.1(b)(1)(B) is OVERRULED.

SO ORDERED on March 23, 2021.

                                                     s/ *Holly A. Brady*
                                                     JUDGE HOLLY A. BRADY
                                                     UNITED STATES DISTRICT COURT